# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CHARLENE BORIA,

    Plaintiff,

v.                                                                                           Case No.: _____

COMMONWEALTH FINANCIAL SYSTEMS, INC.,

    Defendant.

_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367 1441, and 1446, defendant, Commonwealth Financial Systems, Inc., ("CFSI"), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.  The removal of this civil case is proper because:

1. CFSI is a named defendant in this civil action filed by plaintiff, Charlene Boria, ("plaintiff"), in the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, titled *Charlene Boria v. Commonwealth Financial Systems, Inc.,* Case No. 21-CC-062122 (hereinafter the "State Court Action").

1

2. CFSI removes this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, as plaintiff's complaint claims relief based on alleged practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), CFSI has timely filed this Notice of Removal. CFSI was served with plaintiff's complaint on July 20, 2021. This Notice of Removal is filed within 30 days of receipt of the complaint.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the County Court of Thirteenth Judicial Circuit, in and for Hillsborough County, Florida.

WHEREFORE, defendant, Commonwealth Financial Systems, Inc., hereby removes to this Court the State Court Action.

Dated: August 9, 2021

Respectfully Submitted,

*/s/ Michael P. Schuette*
Michael P. Schuette, Esq.
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, LLC

        3350 Buschwood Park Drive, Suite 195
        Tampa, Florida 33618
        Telephone: (813) 890-2460
        Facsimile: (877) 334-0661
        mschuette@sessions.legal
        dvanhoose@sessions.legal
        *Counsel for Defendant,*
        *Commonwealth Financial Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of August 2021, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Jibrael S. Hindi, Esq.
Thomas J. Patti, III, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com

        */s/ Michael P. Schuette*
        Attorney