# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CHARLENE BORIA,

Plaintiff,  Case No.: 8:21-cv-01896-VMC-AEP

v.

COMMONWEALTH FINANCIAL
SYSTEMS, INC.,

Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Commonwealth Financial Systems, Inc., through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties, have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents.  Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: August 16, 2021

                                      Respectfully submitted,

                                      */s/ Michael P. Schuette*
                                      Michael P. Schuette, Esq.
                                      Florida Bar No. 0106181
                                      Dayle M. Van Hoose, Esq.
                                      Florida Bar No. 0016277
                                      SESSIONS, ISRAEL & SHARTLE
                                      3350 Buschwood Park Drive, Suite 195
                                      Tampa, Florida 33618

>Telephone: (813) 890-2460
>Facsimile: (877) 334-0661
>mschuette@sessions.legal
>dvanhoose@sessions.legal
>*Counsel for Defendant,*
>*Commonwealth Financial Systems, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 16th day of August 2021, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

>Jibrael S. Hindi, Esq.
>Thomas J. Patti, III, Esq.
>The Law Offices of Jibrael S. Hindi
>110 SE 6th Street, Suite 1744
>Fort Lauderdale, FL 33301
>jibrael@jibraellaw.com
>tom@jibraellaw.com

>*/s/ Michael P. Schuette*
>Attorney